

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

APR 27 2006

J. T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NADIA SHELBY

PLAINTIFF

v.

CIVIL ACTION NO. 3:03cv1198WS

CAPITAL ONE AUTO FINANCE, INC., ET AL.

DEFENDANTS

## AGREED ORDER OF DISMISSAL

Having compromised all claims, Plaintiff Nadia Shelby and the Defendant, Capital One Auto Finance, Inc., desire that this matter be dismissed with each party thereto to bear their own costs and attorney's fees;

IT IS, THEREFORE, ORDERED that the Defendant Capital One Auto Finance, Inc. be dismissed with prejudice, and that each party shall bear their own costs and attorney's fees.

SO ORDERED this the 26th day of April 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

**SUBMITTED BY:**

JOSEPH PATRICK FRASCOGNA, MSB #8897
FRASCOGNA COURTNEY, PLLC
*Attorneys for the Plaintiff*
4400 Old Canton Road, Suite 220
Jackson, Mississippi  39211
Telephone:      601.987.3000
Facsimile:      601.987.3001
Email:          pfrascogna@frascourtlaw.com


**AGREED TO:**

F. DOUGLAS MONTAGUE, III, MSB # 3408
MONTAGUE, PITTMAN & VARNADO
Post Office Drawer 1975
Hattiesburg, Mississippi  39043-1975
Telephone:      601.544.1234
Facsimile:      601.544.1280
Email:          dmontague@mpvlaw.com